**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENZO LIFE SCIENCES INC. <br><br> Plaintiff <br><br> v. <br><br> GEN-PROBE INCORPORATED <br><br> Defendant | C.A. No. 12-104-LPS |
| ENZO LIFE SCIENCES INC. <br><br> Plaintiff <br><br> v. <br><br> LIFE TECHNOLOGIES CORPORATION <br><br> Defendant | C.A. No. 12-105-LPS |
| ENZO LIFE SCIENCES INC. <br><br> Plaintiff <br><br> v. <br><br> ROCHE MOLECULAR SYSTEMS INC. et al <br><br> Defendants | C.A. No. 12-106-LPS |

| | |
|---|---|
| ENZO LIFE SCIENCES INC.<br><br>Plaintiff<br><br>v.<br><br>ABBOTT LABORATORIES et al<br><br>Defendants | C.A. No. 12-274-LPS |
| ENZO LIFE SCIENCES INC.<br><br>Plaintiff<br><br>v.<br><br>BECTON DICKSON and COMPANY et al<br><br>Defendants | C.A. No. 12-275-LPS |
| ENZO LIFE SCIENCES INC.<br><br>Plaintiff<br><br>v.<br><br>HOLOGIC INC.<br><br>Defendant | C.A. No. 12-276-LPS |

| | |
|---|---|
| ENZO LIFE SCIENCES INC.<br><br>Plaintiff<br><br>    v.<br><br>AFFYMETRIX INC.<br><br>Defendant | C.A. No. 12-433-LPS |
| ENZO LIFE SCIENCES INC.<br><br>Plaintiff<br><br>    v.<br><br>AGILENT TECHNOLOGIES INC.<br><br>Defendant | C.A. No. 12-434-LPS |
| ENZO LIFE SCIENCES INC.<br><br>Plaintiff<br><br>    v.<br><br>ILLUMINA INC.<br><br>Defendant | C.A. No. 12-435-LPS |

|  |  |
|---|---|
| ENZO LIFE SCIENCES INC.<br><br>Plaintiff<br><br>v.<br><br>SIEMENS HEALTHCARE DIAGNOSTICS INC.<br><br>Defendant | C.A. No. 12-505-LPS |

### **ORDER**

At Wilmington this **6th** day of **August, 2013**.

IT IS HEREBY ORDERED that:

Status Teleconferences will be held with Magistrate Judge Fallon on **Monday, February 3, 2014** as follows:

Enzo Life Sciences Inc., Abbott Laboratories and Abbott Molecular Inc. **only** on at **10:00 a.m.**

Enzo Life Sciences Inc. and Luminex Corporation **only** on at **10:30 a.m.**

Enzo Life Sciences Inc., Becton Dickinson and Company, Becton Dickinson Diagnostics Inc. and Geneohm Sciences Inc. **only** on at **11:00 a.m.**

Enzo Life Sciences Inc., Roche Molecular Systems Inc., Roche Diagnostics Corporation, Roche Diagnostics Operations Inc. and Roche NimbleGen Inc. **only** on at **11:30 a.m.**

Enzo Life Sciences Inc. and Hologic Inc. **only** on at **12:00 p.m.**

Enzo Life Sciences Inc. and Gen-Probe Incorporated **only** on at **12:30 p.m.**

Enzo Life Sciences Inc. and Life Technologies Corporation **only** on at **2:00 p.m.**

Enzo Life Sciences Inc. and Affymetrix Inc. **only** on at **2:30 p.m**

Enzo Life Sciences Inc. and Agilent Technologies Inc. **only** on at **3:00 p.m.**

Enzo Life Sciences Inc. and Illumina Inc. **only** on at **3:30 p.m**

Enzo Life Sciences Inc. and Siemens Healthcare Diagnostics Inc. **only** on at **4:00 p.m.**

The purpose of the call is to discuss the status of the case and to address any matters relating to mediation prior to the mediation conference. Counsel for plaintiffs shall initiate the call to **302-573-4557**.

/s/ Sherry R. Fallon
Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE