IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZO LIFE SCIENCES, INC.<br>    Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY,<br>BECTON DICKINSON DIAGNOSTICS INC.,<br>and GENEOHM SCIENCES, INC.<br>    Defendants. | )<br>)<br>)<br>)<br>)  C. A. No. 12-275-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

   Please enter the appearance of Katharine C. Lester of Richards, Layton & Finger, P.A. in the above-captioned action as counsel to Defendants Becton, Dickinson and Company, Becton Dickinson Diagnostics Inc., and GeneOhm Sciences, Inc.

OF COUNSEL:

William G. McElwain
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

Robert J. Gunther, Jr.
Sadaf R. Aullah
Omar Khan
WILMER CUTLER PICKERING
 HALE AND DORR LLP
399 Park Avenue
New York, NY 10022

William W. Kim
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304

Dated: August 15, 2013

*/s/ Katharine C. Lester*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Katharine C. Lester (#5629)
lester@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendants Becton, Dickinson and Company, Becton Dickinson Diagnostics Inc., and GeneOhm Sciences, Inc.*

RLF1 9114998v.1