**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ENZO LIFE SCIENCES, INC.**<br><br>   Plaintiff,<br><br>V.<br><br>**BECTON, DICKINSON AND COMPANY;<br>BECTON DICKINSON DIAGNOSTICS<br>INC.; AND<br>GENEOHM SCIENCES, INC.**<br>   Defendants. | **CIVIL ACTION NO. 12-275-LPS**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 3, 2014 a copy of Enzo Life Sciences, Inc.'s Third Requests to Becton Dickinson for the Production of Documents and Things (No. 73) was served on the following as indicated:

<u>Via Hand Delivery and E-mail</u>
Frederick L. Cottrell, III
Elizabeth Rui He
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
he@rlf.com

*Attorneys for Becton Dickinson and Company,
Becton Dickinson Diagnostics Inc., and
Geneohm Sciences Inc.*

<u>Via E-mail</u>
Sadaf R. Abdullah
Jamie T. Wisz
Gregory P. Teran
William G. McElwain
Jane M. Love
William W. Kim
Robert J. Gunther, Jr.
Wilmer Cutler Pickering Hale and Dorr LLP
sadaf.abdullah@wilmerhale.com
robert.gunther@wilmerhale.com
william.kim@wilmerhale.com
jane.love@wilmerhale.com
william.mcelwain@wilmerhale.com
gregory.teran@wilmerhale.com
jamie.wisz@wilmerhale.com

*Attorneys for Becton Dickinson and Company,
Becton Dickinson Diagnostics Inc., and
Geneohm Sciences Inc.*

DATED: January 3, 2014            Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

John M. Desmarais (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)
Xiao Li (admitted *pro hac vice*)
Joseph C. Akalski (admitted *pro hac vice*)
Lauren Nowierski (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Tel)
(212) 351-3401 (Fax)
jdesmarais@desmaraisllp.com
mstadnick@desmaraisllp.com
xli@desmaraisllp.com
jakalski@desmaraisllp.com
lnowierski@dsamaraisllp.com

*Counsel for Plaintiff Enzo Life Sciences, Inc.*