IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZO LIFE SCIENCES INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 12-275-LPS |
| ) | |
| BECTON, DICKINSON AND COMPANY; ) | |
| BECTON DICKINSON DIAGNOSTICS ) | |
| INC.; and GENEOHM SCIENCES, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER ON MOTION TO AMEND

WHEREAS, on January 15, 2014, Defendants Becton, Dickinson and Company, Becton, Dickinson Diagnostics Inc., and Geneohm Sciences, Inc. (collectively "BD") moved for leave to file First Amended Answer to Amended Complaint and Counterclaims ("Amended Answer") (D.I. 57);

WHEREAS, on January 21, 2014, Plaintiff Enzo Life Sciences Inc. agreed not to oppose the filing of the Amended Answer;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, as follows:

(1) BD's Motion for Leave to File First Amended Answer to Amended Complaint (D.I. 57) is hereby unopposed.

(2) Pursuant to Fed. R. Civ. P. 15, BD may file its Amended Answer, attached hereto as Exhibit A. Attached as Exhibit B is a redline of BD's Amended Answer indicating how it differs from BD's current operative answer. BD's Amended Answer is deemed filed and served as of the date this Stipulation is approved by the Court.

RLF1 9797040v.1

(3)  Enzo shall have a fourteen (14) day extension to file its response to BD's Amended Answer.

| | |
|---|---|
| */s/ Brian E. Farnan* | */s/ Frederick L. Cottrell, III* |
| Brian E. Farnan (#4089) | Frederick L. Cottrell, III (#2555) |
| bfarnan@farnanlaw.com | cottrell@rlf.com |
| Farnan LLP | Katharine C. Lester (#5629) |
| 919 North Market Street, 12th Floor | lester@rlf.com |
| Wilmington, DE 19801 | Richards, Layton & Finger, P.A. |
| (302) 777-0300 | 920 N. King Street |
| | Wilmington, DE 19801 |
| *Attorney for Plaintiff Enzo Life Sciences Inc.* | (302) 651-7700 |
| Dated: January 24, 2014 | *Attorneys for Defendants Becton, Dickinson and Company, Becton Dickinson Diagnostics Inc., and Geneohm Sciences, Inc.* |

SO ORDERED this _____ day of _____, 2014.

_____
United States District Judge